**BRUCE L. ROISTACHER**
*Attorney at Law*
445 Broadhollow Road
Suite 25
Melville, New York  11747
(516) 857-6372

---

August 18, 2015

Hon. Edward R. Korman
United States Courthouse
Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

Attn:   Paula Marie Sousi, Case Manager

Re:   United States v. Fowzi Tareb
      <u>Criminal Docket No. 15-038 (ERK)</u>

Dear Judge Korman:

Please be advised that I represent the above named defendant whose case is on before Your Honor at 2:00 p.m. on August 19, 2015.

I have been notified by AUSA Saritha Komatireddy that she is currently on Jury Duty and will not be available until September.  In addition, I am still reviewing the voluminous amount of discovery that I have been served with.

I therefore am most respectfully requesting an adjournment of this matter for 30 days and I hereby consent to any delay that my request may have caused.

Thank you.

Respectfully submitted,

Bruce L. Roistacher
Attorney for Defendant Fowzi Tareb

BLR/dmm